IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHASE HOME FINANCE, LLC, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 11-cv-0050-MJR-PMF |
| HENRY NICOLAIDES, CHERYL NICOLAIDES, UNITED STATES OF AMERICA, and UNKNOWN OWNERS AND NONRECORD CLAIMANTS, | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

REAGAN, District Judge:

This property foreclosure action was filed in the Circuit Court of Jackson County, Illinois by Chase Home Finance, LLC ("Chase"). Named as a Defendant in the suit, the United States of America ("the Government") timely removed the case to this District Court, pursuant to 28 U.S.C. §§ 1346, 1441, 1442 and 1444. The case was set for bench trial before the undersigned District Judge and Scheduling/Discovery Conference before the Honorable Philip M. Frazier, United States Magistrate Judge. Plaintiff failed to participate in that conference, and Judge Frazier issued a Show Cause Order on March 1, 2011, relating to Plaintiff's failure.

In the interim between Judge Frazier's setting of the Scheduling/Discovery Conference and his issuance of the Show Cause Order based on Plaintiff's failure to participate in the Conference, the Government moved to dismiss the

action for failure to state a claim upon which relief can be granted (arguing that Chase had not properly alleged standing to bring this suit), and the undersigned District Judge set a briefing schedule (Docs. 9-10).  According to that schedule, Chase had to file any response or objection to the Government's dismissal motion by March 22, 2011.

That deadline passed ten days ago. Chase's counsel neither filed a memorandum opposing the dismissal motion nor sought extra time in which to do so. Local Rule 7.1(c) of this District provides that, in the Court's discretion, failure to timely respond to a dismissal motion may be considered an admission of the merits of the motion.  The Court exercises its discretion to construe Chase's failure to respond as an admission in the case at bar.  The undersigned Judge's briefing schedule imposed a clear and unambiguous deadline (March 22, 2011).  Chase is represented by counsel. That counsel received the Court's February 17, 2011 Order setting the March 22nd deadline via email.  No other Defendant has appeared, answered, or moved herein.

Accordingly, the undersigned Judge **GRANTS** the Government's unopposed motion to dismiss this case (Doc. 9).  The Court **DISMISSES** this action *without* prejudice.  Judgment shall be entered accordingly.

IT IS SO ORDERED.

DATED March 31, 2011.

s/ Michael J. Reagan
Michael J. Reagan
United States District Judge